# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANGELO B. CARON, | )<br>)<br>) |
| Plaintiff, | )<br>) CIVIL ACTION |
| v. | ) NO. 24-40109-MRG<br>) |
| PATRICK SULLIVAN, | )<br>) |
| Defendant. | )<br>)<br>) |

## ORDER
### March 13, 2025

**GUZMAN, D.J.**

For the reasons set forth below, the Court orders that this action be DISMISSED.

On August 19, 2024, *pro* se plaintiff Angelo Caron filed a civil complaint and a motion for leave to proceed *in forma pauperis*. On December 19, 2024, the Court issued an order in which it granted Caron's motion for leave to proceed *in forma pauperis* and ordered him to file an amended complaint if he wished to pursue this action. ECF No. 4. The Court stated that failure to file an amended complaint within 28 days would result in dismissal of the action without prejudice. Upon Caron's subsequent motion, the Court extended the deadline to February 13, 2025. ECF No. 7. Caron has not filed an amended complaint, and the February 13, 2025 deadline for doing so has lapsed.

Accordingly, the Court DISMISSES this action without prejudice for failure to file an amended complaint in accordance with the Court's previous orders.

**So Ordered.**

                                                      /s/ Margaret R. Guzman
                                                      MARGARET R. GUZMAN
                                                      UNITED STATES DISTRICT JUDGE